UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

ORDER

Due to the Honorable Jon E. DeGuilio now sharing a caseload equal to 50% of the total number of cases assigned to an active judge, the Clerk is hereby directed to reassign the following cases from Judge Jon E. DeGuilio to Chief Judge Holly A. Brady as the presider for all further proceedings:

| Case Number | Case Name |
|---|---|
| 3:19-cv-01168 | Sims v. City of Elkhart et al |
| 3:20-cv-01017 | Douglas v. Pickens et al |
| 3:21-cv-00256 | Wood v. Slone |
| 3:21-cv-00427 | Theresa G. et al v. John Glenn School Corporation et al |
| 3:21-cv-00554 | Che et al v. Daimler Trucks North America LLC et al |
| 3:21-cv-00784 | Zhiguang Yao et al v. Daimler Trucks North America et al |
| 3:22-cv-00254 | Royer v. Elkhart City of et al |
| 3:22-cv-00462 | Folkers v. Green Steam Company |
| 3:22-cv-00785 | Schrock Jr v. Lewis et al |
| 3:22-cv-00909 | Greer v. Tenneco Automotive Operating Company Inc |
| 3:22-cv-01004 | Backus et al v. Ford Motor Company |
| 3:22-cv-01033 | Weaver-Singleton v. Baugo Township Indiana |
| 3:23-cv-00024 | Enright v. Amazon.com Inc |
| 3:23-cv-00086 | Travelers Property Casualty Co. of America v. Jayco et al |
| 3:23-cv-00147 | MCC SB Condo LLC v. Radhe Hospitality LLC |
| 3:23-cv-00179 | Stitsworth v. Forest River Inc |
| 3:23-cv-00288 | Cowles v. Thor Motor Coach Inc et al |
| 3:23-cv-00290 | Presnel at al v. Dearborn National Life Insurance Co. et al |
| 3:23-cv-00341 | Mullet v. Summit Account & Computer Service Inc et al |
| 3:23-cv-00349 | Stevens et al v. Thor Motor Coach Inc et al |
| 3:23-cv-00394 | Downing et al v. Kubota Tractor Corporation et al |

| | |
|---|---|
| 3:23-cv-00397 | Kilduff et al v. Jayco Inc |
| 3:23-cv-00447 | Cable v. Teamsters Local 135 |
| 3:23-cv-00522 | Barry Harding v. Specialty Risk of America |
| 3:23-cv-00524 | FedEx Freight Inc v. Evennon Inc |
| 3:23-cv-00581 | Seales v. Starbase Indiana Inc |
| 3:23-cv-00583 | Threadgill et al v. Keystone RV Company |
| 3:23-cv-00608 | Hoover et al v. Thor Motor Coach Inc |
| 3:23-cv-00613 | Brewer v. Nishikawa Cooper LLC |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

SO ORDERED on July 17, 2023

s/ Holly A. Brady
Chief Judge Holly A. Brady
United States District Court