UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ZHIGUANG YAO, et al., | |
| Plaintiffs, | |
| v. | CASE NO. 3:21-CV-784-HAB-MGG |
| DAIMLER TRUCKS NORTH AMERICA LLC, et al., | |
| Defendants. | |

## AMENDED SCHEDULING ORDER

With this case now reassigned to the Honorable Holly A. Brady, Chief District Judge, the Court now **AMENDS** Section 4 of its Rule 16(b) Scheduling Order [DE 127] with respect to the dispositive motion deadline as follows.

<u>Other Items</u>.
. . .
The deadline to file any dispositive motions is **September 13, 2024,** with any response due 28 days thereafter and any reply due 14 days after the filing of a response, consistent with N.D. Ind. L.R. 56-1(b)-(c).

The remainder of the Court's original Rule 16(b) Scheduling Order [DE 127] **REMAINS** in full force and effect. To that end, the parties are **REMINDED** that the deadline for filing any discovery-related nondispositive motions is **July 1, 2024**, and the deadline for completion of all discovery is **August 1, 2024.**

**SO ORDERED** this 2nd day of August 2023.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge