AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

ZHIGUANG YAO,
*individually and as heirs of the estate of Caiyu Zhang*

SUNA YAO,
*individually and as heirs of the estate of Caiyu Zhang*

YONGZHEN CHEN,
*individually and as heirs of the estate of Ling Geng*

WEI CHEN,
*individually and as heirs of the estate of Ling Geng*

YIQIN ZHANG,
*individually and as heirs of the estate of Zhonglian Qiu*

TIANYI QIU,
*individually and as heirs of the estate of Zhonglian Qiu*

LIANG XU,

LIANGXIU WANG
                    Plaintiffs
            v.                                      Civil Action No.  3:21-cv-784

DAIMLER TRUCKS NORTH AMERICA LLC,
*a Delaware limited liability company*
*TERMINATED: 03/11/2026*

MOR RYDE INTERNATIONAL, INC.,
*TERMINATED: 12/19/2022*

MOR RYDE INC.,
*TERMINATED: 12/19/2022*

FREEDMAN SEATING COMPANY,
*TERMINATED: 12/19/2022*

SHIELD RESTRAINT SYSTEMS, INC.,
*TERMINATED: 12/19/2022*

COACHWEST TRANSPORTATION INC.,
*doing business as*
Coachwest Luxury and Professional Motorcars, Inc.

SVO GROUP, INC.,
*TERMINATED: 11/05/2024*

DOES,
*2 through 50, inclusive*
*TERMINATED: 01/20/2022*

DAIMLER AG,
*a German corporation*
*TERMINATED: 04/12/2022*

TERRANCE MINIX,
*an individual*
*TERMINATED: 11/05/2024*

EMBASSY SPECIALTY VEHICLES LLC,
*an Indiana limited liability company*
*TERMINATED: 11/05/2024*

TRUCK CENTERS INC,
*an Illinois corporation*
*TERMINATED: 04/12/2022*

DAIMLER TRUCKS & BUSES US HOLDING
LLC,
*a Delaware limited liability company*
*TERMINATED: 04/12/2022*

MERCEDES-BENZ GROUP AG
*TERMINATED: 04/12/2022*
                    Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant
*(name)* _____ the amount of _____
___ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of
_____ % per annum, along with costs.


☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff *(name)* _____
_____ .


**X**  other: Judgment is ENTERED in favor of Defendants Daimler Trucks North America LLC and

CoachWest Transportation Inc. and against Plaintiffs Zhiquang Yao, Suna Yao, Yongzhen Chen, Wei

Chen, Yiqin Zhang, Tianyi Qui, Liang Xu, and Liangxiu Wang.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge <u>Cristal C. Brisco on Motion for Summary Judgment.</u>

DATE:  <u>4/10/2026</u>          *Chanda J. Berta, Clerk of Court*

by_____<u>s/A. Bobay</u>_____
                        *Signature of Clerk or Deputy Clerk*